UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY A. GARRETT,<br><br>         Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISIONER OF<br>SOCIAL SECURITY ADMINISTRATION,<br><br>         Defendant. | Cause No. 1:16-cv-2906-RLY-DKL |

**J U D G M E N T**

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS FINAL JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's final decision, and REMANDS this matter to the Agency for further proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

\_\_7/13/2017_____
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

    Deputy Clerk, U.S. District Court